

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00433-CR

Patrick S. **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4217
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED February 26, 2025.

_____
Lori Massey Brissette, Justice